# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2024.  HARVIN v. NATIONWIDE TITLE CLEARING, INC. et al.**

Appellant has filed a motion to remand on the ground that the trial court entered a final judgment without ruling on his motion challenging the constitutionality of a statute. Appellees consent to remand in the interest of judicial economy, pointing out that the trial court also has not ruled on their motion for attorney fees and sanctions. Therefore, it is hereby ORDERED that this case be REMANDED to the trial court.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  09/01/2017*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*